# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESSIE R. NELSON,<br><br>    Plaintiff,<br><br>vs.<br><br>THE HARTFORD, and DOES 1 through 10, Inclusive<br><br>    Defendants.<br><br>HARTFORD LIFE INSURANCE COMPANY,<br><br>    Third-Party Plaintiff,<br><br>vs.<br><br>JULIANA JAMES, as administrator of the Estate of Clarence James, and ROES 1 through 50, Inclusive<br><br>    Third-Party Defendants. | Case No.:  13-CV-04196-CRB<br><br>Action Filed:  05/13/2013<br><br>**ORDER GRANTING DEFENDANT HARTFORD LIFE INSURANCE COMPANY'S REQUEST TO APPEAR TELEPHONICALLY AT THE APRIL 18, 2014 CASE MANAGEMENT CONFERENCE**<br><br>Hearing<br>DATE:   April 18, 2014<br>TIME:    8:30 a.m.<br>CTRM:   6 |

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

[PROPOSED] ORDER GRANTING DEFENDANT HARTFORD LIFE INSURANCE COMPANY'S REQUEST TO APPEAR TELEPHONICALLY AT THE APRIL 18, 2014 CASE MANAGEMENT CONFERENCE

# **ORDER**

After considering the request of Defendant Hartford Life Insurance Company ("Hartford") (erroneously named herein as "The Hartford"), the Court hereby allows its counsel – James A. Hazlehurst of Barger & Wolen LLP – to appear telephonically at the Case Management Conference scheduled for April 18, 2014 at 8:30 a.m.

Mr. Hazlehurst will be available for the entire duration of the conference and will remain on the line until this matter is called.

**IT IS SO ORDERED**.

DATED: April 14, 2014

_____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE



BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

-1-

[PROPOSED] ORDER GRANTING DEFENDANT HARTFORD LIFE INSURANCE COMPANY'S REQUEST TO APPEAR TELEPHONICALLY AT THE APRIL 18, 2014 CASE MANAGEMENT CONFERENCE