```
HOWARD MOORE, JR., SBN 55228
MOORE & MOORE
1563 Solano Avenue, # 204
Berkeley, California 94707
Telephone:    (510) 542-7172
Facsimile:    (510) 528-3024
Email:        moorlaw@aol.com

Attorneys for Third-Party Defendants
Juliana James, as Administrator of the Estate of Clarence James
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESSIE R. NELSON, | Case No.: 13-CV-04196-CRB |
| Plaintiff, | |
| vs. | Action Filed: May 13, 2013 |
| THE HARTFORD, and Does 1 through 10, Inclusive, | |
| Defendants. | ORDER ALLOWING THIRD DEFENDANT JULIANA JAMES. AS ADMINISTRATOR OF THE ESTATE CLARENCE JAMES, TO APPEAR TELEPHONICALLY |
| HARTFORD LIFE INSURANCE COMPANY, | |
| Third-Party Plaintiff | |
| vs. | |
| JULIANA JAMES, as Administrator of the Estate of Clarence James, and ROES 1 through 50, Inclusive, | |
| Third-Party Defendants. | |

---

(Proposed) ORDER ALLOWING Third-Party Defendant to Appear Telephonically
*Dessie R. Nelson v. The Hartford, et al, etc.*    Case No: 13-CV-04196-CRB

|   |   |
|---|---|
| 1 | **ORDER** |
| 2 | |
| 3 | Upon consideration of the application of Third-Party Defendant JULIANA JAMES, as |
| 4 | Administrator of the Estate of Clarence James, the Court hereby allows her counsel of record |
| 5 | HOWARD MOORE, JR. to appear telephonically at the Case Management Conference |
| 6 | scheduled for Cr tkn'3: , 2014 at 8:30 a.m. |
| 7 | Mr. Moore will be available for the entire duration of the conference and will remain on |
| 8 | line until this matter is called and concluf ed. |
| 9 | IT IS SO ORDERED. |
| 10 | |
| 11 | Dated: 'Cr tkn'37, 2014' |

IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA