1  ENDY UKOHA-AJIKE (SBN 215337)
   THE UKOHA-AJIKE LAW GROUP
2  A Professional Corporation
   70 Washington Street, Suite 303
3  Oakland, CA 94607
   Telephone: (510) 834-9944
4  Facsimile: (510) 834-9945
5  Email: endy@ukohalaw.com

6  Attorney for Plaintiff,
   DESSIE R. NELSON
7

8
                    **UNITED STATES DISTRICT COURT**
9

10
                    **NORTHERN DISTRICT OF CALIFORNIA**
11

12

13 DESSIE R. NELSON                )
                                    ) Case No. 13-CV-04196-CRB
14    Plaintiff,                    )
                                    ) **ORDER ALLOWING COUNSEL FOR**
15 v.                               ) **PLAINTIFF DESSIE R. NELSON'S TO**
                                    ) **APPEAR TELEPHONICALLY AT THE**
16 HARTFORD LIFE INSURACEN          ) **APRIL 18, 2014 CASE MANAGEMENT**
   COMPANY, AND DOES 1              ) **CONFERENCE**
17 THROUGH 10, INCLUSIVE,           )
                                    ) Date:  April 18, 2014
18    Defendants.                   ) Time:  8:30 a.m.
                                    ) Ctrm:  6
19 _____   )

20

21

22

23

24

25

---
3

NELSON v. THE HARTFORD: REQUEST TO APPEAR TELEPHONICALLY AND [PROPOSED] ORDER – CASE NO. 13-CV-04196CRB

**ORDER**

Upon consideration of the request of Plaintiff Dessie R. Nelson, the Court hereby allows her counsel of record, Endy Ukoha-Ajike, Esq., to appear telephonically at the Case Management Conference scheduled for April 16, 2014 at 8:30 a.m.

Mr. Ukoha-Ajike will be available for the entire duration of the conference and will remain on standby until this matter is called and concluded.

IT IS SO ORDERED.

Dated: April 18, 2014   _____

