AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern **District of** CALIFORNIA

| | |
|---|---|
| DESSIE R. NELSON<br>Plaintiff(s),<br>V.<br>THE HARTFORD, et al.<br>Defendant(s). | **CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 3:13-cv-04196-CRB |

Notice is hereby given that, subject to approval by the court, __City of Oakland__ substitutes
(party(s) name)

__Emilie E. de la Motte__ , State Bar No. __233557__ as counsel of record in place
(Name of New Attorney)

place of __Wendy M. Garbers, Deputy City Attorney__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Meyers, Nave, Riback, Silver & Wilson |
| Address: | 555 12th Street, Suite 1500, Oakland, CA 94607 |
| Telephone: | (510) 808.2000        Facsimile (510) 444.1108 |
| E-Mail (Optional): | edelamotte@meyersnave.com |

I consent to the above substitution.

Date:   June 10, 2014

_(signature)_
Wendy M. Garbers, Deputy City Attorney
(Signature of Party (s))

I consent to being substituted.

Date:   June 10, 2014

_(signature)_
(Signature of Former Attorney (s))

I consent to the above substitution.

Date:   June 10, 2014

_(signature)_
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:   June 12, 2014

IT IS SO ORDERED
Judge Charles R. Breyer

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]
2282282.1