United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**DESSIE R. NELSON**,

       Plaintiff,

       v.

**HARTFORD LIFE INSURANCE, CO.**,

       Defendant.
_____/

No. C **13-04196 CRB** (EDL)

RECUSAL ORDER

TO ALL PARTIES AND COUNSEL OF RECORD:

This matter was referred to Chief Magistrate Judge Elizabeth D. Laporte. The chief judge recuses herself from hearing this matter. The Clerk shall reassign this matter forthwith to another judge.

IT IS SO ORDERED.

Dated: August 19, 2014

_____
ELIZABETH D. LAPORTE
United States Chief Magistrate Judge