1  Emilie E. de la Motte (SBN: 233557)
   edelamotte@meyersnave.com
2  MEYERS, NAVE, RIBACK, SILVER & WILSON
   555 12th Street, Suite 1500
3  Oakland, California 94607
   Telephone: (510) 808-2000
4  Facsimile: (510) 444-1108

5  Attorneys for Third-Party Defendant
   and Cross-Claimant CITY OF OAKLAND

6
                                                    EXEMPT FROM FILING FEES
7                                                   GOV'T CODE § 6103

8                      **UNITED STATES DISTRICT COURT**

9             **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

10 | DESSIE R. NELSON,                             | Case No. 13-CV-04196-CRB
11 |          Plaintiff,                           | **STIPULATION AND ORDER TO CONTINUE HEARING ON HARTFORD LIFE INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**
12 |     v.                                        |
13 | THE HARTFORD, and DOES 1 through 10, Inclusive,| Date:      December 12, 2014
14 |                                                | Time:      10:00 a.m.
   |          Defendants.                           | Ctrm:      6, 17th Floor
15 |
   | HARTFORD LIFE INSURANCE
16 | COMPANY,                                       | Action Filed:   May 20, 2013
                                                    | Trial Date:     None Set
17 |          Third-Party Plaintiff,
18 |     v.                                         | Action Removed: September 10, 2013
19 | JULIANA JAMES, as Administrator of the Estate of Clarence James, CITY OF
20 | OAKLAND, and ROES 1 through 50, Inclusive,
21 |
   |          Third-Party Defendants.
22 | CITY OF OAKLAND,
23 |          Cross-Claimant,
24 |     v.
25 |
26 | JULIANA JAMES, as Administrator of the Estate of Clarence James, and MOES 1 through 10, Inclusive,
27 |          Cross-Defendants.
28

STIPULATION AND ORDER TO CONTINUE HEARING ON SUMMARY JUDGMENT MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

BE IT HEREBY STIPULATED BETWEEN Defendant and Third-Party Plaintiff Hartford Life Insurance Company (Hartford) and Third-Party Defendant City of Oakland to continue the hearing date for Hartford's motion for summary judgment, currently scheduled for December 12, 2014.  This stipulation is agreed upon by Hartford and City of Oakland so that they may have additional time to: 1) further engage in meet and confer efforts regarding Hartford's discovery responses; and 2) further engage in negotiations for an informal resolution of Hartford's summary judgment motion.  In order to further engage in these negotiations, Hartford and City of Oakland have stipulated and ask the Court to agree to have City of Oakland's opposition due by December 30, 2014, Hartford's reply due by January 6, 2015 and to hear Hartford's summary judgment motion on <u>Friday, January 16, 2015 at 10:00 a.m.</u>

**SO STIPULATED.**

DATED:  November 17, 2014

HINSHAW & CULBERTSON LLP

By: _____
JAMES A. HAZLEHURST
Attorneys for Defendant and Third-Party Plaintiff
HARTFORD LIFE INSURANCE COMPANY

DATED:  November 17, 2014

MEYERS, NAVE, RIBACK, SILVER & WILSON

By: _____
EMILIE E. DE LA MOTTE
Attorneys for Third-Party Defendant
and Cross-Claimant CITY OF OAKLAND

**IT IS SO ORDERED.**

DATED:  November 26, 2014

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

1
STIPULATION AND ORDER TO CONTINUE HEARING ON SUMMARY JUDGMENT MOTION