| | |
|---|---|
| Emilie E. de la Motte (SBN: 233557) <br> edelamotte@meyersnave.com <br> MEYERS, NAVE, RIBACK, SILVER & WILSON <br> 555 12th Street, Suite 1500 <br> Oakland, California 94607 <br> Telephone: (510) 808-2000 <br> Facsimile: (510) 444-1108 <br><br> Attorneys for Third-Party Defendant/Cross-Claimant CITY OF OAKLAND | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| DESSIE R. NELSON, <br><br> Plaintiff, <br><br> v. <br><br> THE HARTFORD, and DOES 1 through 10, Inclusive, <br><br> Defendants. <br><br> HARTFORD LIFE INSURANCE COMPANY, <br><br> Third-Party Plaintiff, <br><br> v. <br><br> JULIANA JAMES, as Administrator of the Estate of Clarence James, CITY OF OAKLAND, and ROES 1 through 50, Inclusive, <br><br> Third-Party Defendants. <br><br> CITY OF OAKLAND, <br><br> Cross-Claimant, <br><br> v. <br><br> JULIANA JAMES, as Administrator of the Estate of Clarence James, and MOES 1 through 10, Inclusive, <br><br> Cross-Defendants. | Case No. 13-CV-04196-CRB <br><br> **STIPULATION REQUESTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE; ORDER** <br><br> Trial Date: None Set |

1 | COMES NOW Plaintiff Dessie Nelson, Defendant and Third-Party Complainant Hartford Life Insurance Company (erroneously sued as "The Hartford"), Third-Party Defendant and Cross-Claimant City of Oakland, and Third-Party Defendant and Cross-Defendant Juliana James (collectively, "the Parties"), by and through their respective attorneys of record, and respectfully ask the Court to continue the Case Management Conference, currently scheduled for April 3, 2015, for another forty-five (45) days.  The Parties believe that good cause permits the Court to continue the conference.  The Parties have informally agreed to settle all claims and cross-claims alleged in this lawsuit.  The terms of the agreements have already been agreed upon by the Parties and their counsel.  The Parties need, however, additional time to: 1) execute the final settlement agreement documents; 2) obtain approval from City of Oakland's City Council; and 3) effectuate the disbursement of settlement moneys.  The Parties believe they can resolve these pending issues within 60 days and hope to submit a stipulation for dismissal within that time period.  A case management conference at this time would prove unhelpful for both the Parties and the Court in facilitating the resolution of this proceeding.  Accordingly, the parties ask the Court to order that the April 3 conference be continued to May 22, 2015.

**IT IS SO STIPULATED.**

**Dated: March 19, 2015**

THE UKOHA-AJIKE LAW GROUP PC

By:  */s/ Endy Ukoha-Ajike*
    ENDY UKOHA-AJIKE
    Attorneys for Plaintiff
    Dessie R. Nelson

HINSHAW & CULBERTSON LLP

By:  */s/ James A. Hazlehurst*
    MARTIN E. ROSEN
    JAMES A. HAZLEHURST
    Attorneys for Defendant Hartford Life Insurance Company

MOORE & MOORE

By:  */s/ Howard Moore, Jr.*
    HOWARD MOORE, JR.
    Attorney for Third Party Defendant
    Juliana James

MEYERS NAVE APLC

By:  */s/ Emilie de la Motte*
    EMILIE E. DE LA MOTTE
    Attorneys for Third Party Defendant
    City of Oakland

**ORDER**

Now before the Court is the Parties request to continue the Case Management Conference for forty-five (45) days.  The parties submitted a joint stipulation, appearing above, which showed good cause exists to continue the case management conference, so that the Parties may finalize the terms of their respective settlement agreements.  Having read and considered the arguments submitted by the Parties, IT IS ORDERED THAT:

The April 3, 2015 Case Management Conference is hereby CONTINUED to May 22, 2015 at 8:30 a.m. in Department 6.  All associated deadlines, including the submittal of a joint case management conference, shall accord with the new conference date.

**IT IS SO ORDERED.**

DATED:  March 20, 2015       By: _____
                                  The Honorable Charles R. Breyer
                                  Senior District Court

2415083.1