Emilie E. de la Motte (SBN: 233557)
edelamotte@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, California 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Third-Party Defendant/Cross-Claimant CITY OF OAKLAND

EXEMPT FROM FILING FEES
GOV'T CODE § 6103

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DESSIE R. NELSON,<br><br>    Plaintiff,<br><br>  v.<br><br>THE HARTFORD, and DOES 1 through 10, Inclusive,<br><br>    Defendants.<br><br>HARTFORD LIFE INSURANCE COMPANY,<br><br>    Third-Party Plaintiff,<br><br>  v.<br><br>JULIANA JAMES, as Administrator of the Estate of Clarence James, CITY OF OAKLAND, and ROES 1 through 50, Inclusive,<br><br>    Third-Party Defendants.<br><br>CITY OF OAKLAND,<br><br>    Cross-Claimant,<br><br>  v.<br><br>JULIANA JAMES, as Administrator of the Estate of Clarence James, and MOES 1 through 10, Inclusive,<br><br>    Cross-Defendants. | Case No. 13-CV-04196-CRB<br><br>**STIPULATION REQUESTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE; ORDER**<br><br>Trial Date:    None Set |

COMES NOW Plaintiff Dessie Nelson, Defendant and Third-Party Complainant Hartford Life Insurance Company (erroneously sued as "The Hartford"), Third-Party Defendant and Cross-Claimant City of Oakland, and Third-Party Defendant and Cross-Defendant Juliana James (collectively, "the Parties"), by and through their respective attorneys of record, and respectfully ask the Court to continue the Case Management Conference, currently scheduled for May 22, 2015, for another forty-five (45) days.  The Parties believe that good cause permits the Court to continue the conference.  The Parties have agreed to settle all claims and cross-claims alleged in this lawsuit.  The terms of the agreements have already been agreed upon by the Parties and their counsel.  The Parties need, however, additional time to: 1) execute the final settlement agreement documents; and 2) effectuate the disbursement of settlement moneys.  Oakland City Council has approved settlement and the City Attorney's Office has requested the issuance of a settlement check, which should be received within the next 4-5 days.  The Parties believe they can resolve these pending issues within 45 days and hope to submit a stipulation for dismissal within that time period.  A case management conference at this time would prove unhelpful for both the Parties and the Court in facilitating the resolution of this proceeding.  Accordingly, the parties ask the Court to order that the May 22 conference be continued to July 10, 2015.

**IT IS SO STIPULATED.**

**Dated: May 14, 2015**

| THE UKOHA-AJIKE LAW GROUP PC | HINSHAW & CULBERTSON LLP |
|---|---|
| By: */s/ Endy Ukoha-Ajike*<br>ENDY UKOHA-AJIKE<br>Attorneys for Plaintiff<br>Dessie R. Nelson | By: */s/ James A. Hazlehurst*<br>MARTIN E. ROSEN<br>JAMES A. HAZLEHURST<br>Attorneys for Defendant Hartford Life Insurance Company |
| MOORE & MOORE | MEYERS NAVE APLC |
| By: */s/ Howard Moore, Jr.*<br>HOWARD MOORE, JR.<br>Attorney for Third Party Defendant<br>Juliana James | By: */s/ Emilie de la Motte*<br>EMILIE E. DE LA MOTTE<br>Attorneys for Third Party Defendant<br>City of Oakland |

**ORDER**

Now before the Court is the Parties request to continue the Case Management Conference for forty-five (45) days.  The parties submitted a joint stipulation, appearing above, which showed good cause exists to continue the case management conference, so that the Parties may finalize the terms of their respective settlement agreements.  Having read and considered the arguments submitted by the Parties, IT IS ORDERED THAT:

The May 22, 2015 Case Management Conference is hereby CONTINUED to July 17, 2015 at 8:30 a.m. in Department 6.  All associated deadlines, including the submittal of a joint case management conference, shall accord with the new conference date.

**IT IS SO ORDERED.**

DATED:  May, 18, 2015                    By: _____
                                              The Honorable Charles R. Breyer
                                              Senior District Judge

2442475.1



IT IS SO ORDERED AS MODIFIED
Judge Charles R. Breyer