| | |
|---|---|
| 1 | Emilie E. de la Motte (SBN: 233557) |
| | edelamotte@meyersnave.com |
| 2 | MEYERS, NAVE, RIBACK, SILVER & WILSON |
| | 555 12th Street, Suite 1500 |
| 3 | Oakland, California 94607 |
| | Telephone: (510) 808-2000 |
| 4 | Facsimile: (510) 444-1108 |
| 5 | Attorneys for Third-Party Defendant/Cross-Claimant CITY OF OAKLAND |

EXEMPT FROM FILING FEES
GOV'T CODE § 6103

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| DESSIE R. NELSON, | Case No. 13-CV-04196-CRB |
| Plaintiff, | **STIPULATED REQUEST FOR DISMISSAL; ORDER OF DISMISSAL** |
| v. | |
| THE HARTFORD, and DOES 1 through 10, Inclusive, | Trial Date:   None Set |
| Defendants. | |
| HARTFORD LIFE INSURANCE COMPANY, | |
| Third-Party Plaintiff, | |
| v. | |
| JULIANA JAMES, as Administrator of the Estate of Clarence James, CITY OF OAKLAND, and ROES 1 through 50, Inclusive, | |
| Third-Party Defendants. | |
| CITY OF OAKLAND, | |
| Cross-Claimant, | |
| v. | |
| JULIANA JAMES, as Administrator of the Estate of Clarence James, and MOES 1 through 10, Inclusive, | |
| Cross-Defendants. | |

COMES NOW Plaintiff Dessie Nelson, Defendant and Third-Party Complainant Hartford Life Insurance Company (erroneously sued as "The Hartford"), Third-Party Defendant and Cross-Claimant City of Oakland, and Third-Party Defendant and Cross Defendant Juliana James (collectively, "the Parties"), by and through their respective attorneys of record, and hereby give notice and stipulate as follows:

1. The Parties have reached a collective settlement on all issues raised in this matter. This includes all issues raised through Plaintiff Dessie Nelson's complaint, Hartford Life Insurance Company's Third-Party Complaint, and City of Oakland's Cross-Complaint.

2. The Parties seek to dismiss all claims presented the Complaint, Third-Party Complaint, and Cross-Complaint with prejudice pursuant to the terms of the respective settlement agreements, as more fully set forth within the Settlement Agreements and Releases executed by and between the Parties.

**IT IS SO STIPULATED.**

**Dated: July 1, 2015**

THE UKOHA-AJIKE LAW GROUP PC

By: */s/ Endy Ukoha-Ajike*
ENDY UKOHA-AJIKE
Attorneys for Plaintiff
Dessie R. Nelson

MOORE & MOORE

By: */s/ Howard Moore, Jr.*
HOWARD MOORE, JR.
Attorney for Third Party Defendant
Juliana James

HINSHAW & CULBERTSON LLP

By: */s/ James A. Hazlehurst*
MARTIN E. ROSEN
JAMES A. HAZLEHURST
Attorneys for Defendant Hartford
Life Insurance Company

MEYERS NAVE LLP

By: */s/ Emilie de la Motte*
EMILIE E. DE LA MOTTE
Attorneys for Third Party
Defendant City of Oakland

**ORDER**

The parties submitted a joint stipulation, appearing above, which showed the parties have resolved the issues raised in this lawsuit.  Having read and considered the stipulation by the Parties, IT IS ORDERED THAT:

The lawsuit of *Dessie Nelson v. The Hartford* in the Northern District of California, Case No. 13-CV-04196-CRB, including all associated cross-claims, is hereby DISMISSED with prejudice in its entirety.  Each party to bear its own costs.

**IT IS SO ORDERED.**

DATED: July 6, 2015          By: _____
                                  The Honorable Charles R. Breyer
                                  Senior District Court Judge

2393202.1